UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALENTE ALVAREZ-GUERRERO,<br><br>       Petitioner,<br><br> v.<br><br>JEFFREY UTTECHT,<br><br>       Respondents. | Case No. C16-0976-RSM<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

  The Court, having reviewed petitioner's federal habeas petition, respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, Petitioner's Objections thereto, and the remaining record, hereby finds and ORDERS:

  (1) The Court adopts the Report and Recommendation ("R&R").

  (2) Petitioner filed timely Objections on November 22, 2016. Dkt. #16. In those Objections, he argues first that Judge Theiler erred in dismissing Claims 1 and 4(c) and (d) for the failure to exhaust those claims in the state court. Dkt. #16 at 2-3. He asserts that he properly exhausted those claims in the Washington Supreme Court, by incorporating them by reference in his brief. *Id.* Having reviewed the record in this matter, the Court finds that Judge Theiler properly concluded that those claims were not raised, and were therefore not properly exhausted. Accordingly, this Court rejects Petitioner's Objections as to those claims. Petitioner also appears

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

to argue that Judge Theiler erred in dismissing Claim 5 for his failure to exhaust the claim. Dkt. #16 at 4. Yet, at the same time, Petitioner recognizes that Judge Theiler found the claim had been properly exhausted. Thus, it is not clear where Petitioner is directing his Objections. Regardless, this Court further addresses Claim 5 below.

Petitioner next argues that Judge Theiler erred in her analysis of Claim 2 involving double jeopardy. Dkt. #9 at 5-7. Petitioner appears to essentially repeat the same arguments he made before Judge Theiler. *Id.*; *see also* Dkt. #15 at 13-15. Nothing in Petitioner's Objections demonstrates that Judge Theiler erred in analyzing Claim 2 and then rejecting it. Accordingly, this Court also rejects Petitioner's Objections as to that claim.

Likewise, with respect to Claims 3, 4(a), (b) and (e), 5, 7 and 8, the Court also finds that Petitioner essentially repeats the same arguments made before Judge Theiler. Dkt. #16 at 8-21; *see also* Dkt. #15 at 15-25. Nothing in Petitioner's Objections demonstrates that Judge Theiler erred in analyzing those Claims and rejecting them. Accordingly, this Court also rejects Petitioner's Objections as to those claims.

Finally, Petitioner Objects to Judge Theiler's analysis of his constitutional challenges to the Anti-Terrorism and Effective Death Penalty Act ("AEDPA"). Dkt. #16 at 21-23. Petitioner argues that AEDPA violates the Due Process and Equal Protection Claims of the Fourteenth Amendment, and is therefore unconstitutional. *Id.* Judge Theiler noted that Petitioner had failed to provide any legal authority in support of his claim and rejected it as frivolous. Dkt. #15 at 25. In his Objections, Petitioner states that this is an issue of first impression and that is why he has no legal authority to cite. Dkt. #16 at 22. While this Court could find no cases in this Circuit addressing the issue, the United States District Court for the Southern District of West Virginia recently addressed a nearly identical argument. *Smith v.*

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2

*Ballard*, 2016 U.S. Dist. LEXIS 81309 (S.D.W.V. May 26, 2016).  In that case, the court rejected the petitioner's argument that AEDPA was unconstitutional because it did not provide notice of certain requirements, noting that the petitioner had filed his claim more than nine years after the enactment of AEDPA, and therefore he had appropriate notice of the statute's requirements.  *Smith v. Ballard*, 2016 U.S. Dist. LEXIS 81309 at *18-19.  In rejecting Petitioner's argument in this case, Judge Theiler similarly noted that Petitioner had access to the law library where the statute was available to him "in some form," and therefore, Petitioner also had notice of its requirements.  Dkt. #15 at 25.  Petitioner raises no argument in his Objections that persuades this Court to find Judge Theiler in error in her analysis.  Accordingly, the Court rejects Petitioner's argument that AEDPA as unconstitutional.

(3)     As a result, Petitioner's petition for writ of habeas corpus is DENIED, and this action is DISMISSED with prejudice.

(4)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.  Petitioner does not address Judge Theiler's recommendation with respect to a certificate of appealability, and the Court agrees that none should issue.  *See* Dkt. #15 at 26.

(5)     The Clerk SHALL send copies of this Order to Petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 14 day of December, 2016.

                                  RICARDO S. MARTINEZ
                                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FEDERAL
HABEAS ACTION - 3